IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRENDA J. DEASE,              )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )     2:08cv328-MHT
                              )         (WO)
TERRY HARPER,                 )
                              )
    Defendant.                )
```

OPINION

In this lawsuit, plaintiff Brenda J. Dease charges defendant Terry Harper with breach of contract, emotional distress, and outrage arising from the termination of her employment with defendant Beaulieu Group, LLC. This cause is now before the court on Harper's motion for summary judgment, in which he denies any involvement in Dease's termination. Dease does not challenge Harper's evidence and, thus, does not oppose Harper's motion for summary judgment.

**After an independent review of the record, an appropriate judgment will be entered granting the summary-judgment motion.**

**DONE, this the 23rd day of June, 2008.**


                           /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**