IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRENDA J. DEASE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv328-MHT |
| | ) | (WO) |
| BEAULIEU GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Beaulieu Group's motion for summary judgment (Doc. No. 27) is granted.

(2) Judgment is entered in favor of defendant Beaulieu Group and against plaintiff Brenda Dease, with plaintiff Dease taking nothing by her complaint.  It is further ORDERED that costs are taxed against plaintiff Dease, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 16th day of January, 2009.**

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**